UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 06-81138-CIV-MIDDLEBROOKS/JOHNSON

ADAMS PARTNERS , INC., and
JAMES A. ADAMS,

    Plaintiffs,

vs.

BENTLEY MOTORS, INC., PALM BEACH
IMPORTS, INC., d/b/a BRAMAN
MOTORCARS, VW CREDIT LEASING,
LTD., and VW CREDIT, INC., d/b/a
BENTLEY FINANCIAL SERVICES,

    Defendants.                     /

**ORDER**

THIS CAUSE comes before the Court upon Defendant, Palm Beach Imports, Inc. d/b/a Braman Motorcars' Unopposed Motion to Stay Proceedings and Motion to Compel Binding Arbitration as to Counts IV through VIII of the Amended Complaint (DE 31) filed on May 1, 2007. I have reviewed the Motion and am fully informed in the premises.

This case involves Plaintiffs' claims against four different parties. The instant motion is made by one Defendant, Palm Beach Imports, Inc. d/b/a/ Braman Motorcars, the car dealer ("Braman"). Braman's Motion requests that I stay the proceeding and compel binding arbitration as to counts four through eight of the Amended Complaint. The Motion is unopposed by all parties. I find no reason to stay these proceedings in their entirety, nor do I find it necessary to stay the proceedings as to Braman. If Braman and the Plaintiffs agree to arbitrate the claims which involve the two of them in this lawsuit, then those claims can be submitted to arbitration and the case can continue as to the other parties involved. The Plaintiffs previously took the position that claims against other Defendants should not be stayed pending arbitration. The three other Defendants in

this matter have filed pleadings responsive to Plaintiffs' Complaint.  Accordingly, it is hereby

ORDERED and ADJUDGED that Defendant, Palm Beach Imports, Inc. d/b/a Braman Motorcars' Unopposed Motion to Stay Proceedings and Motion to Compel Binding Arbitration as to Counts IV through VIII of the Amended Complaint (DE 31) is GRANTED IN PART and DENIED IN PART.  Plaintiffs and Defendant Palm Beach Imports, Inc. are compelled to arbitrate the claims raised in counts four through eight of the Amended Complaint.  The remainder of this action shall remain pending against the three other Defendants.

DONE AND ORDERED at Chambers in West Palm Beach, Florida, this 9th day of May, 2007.

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

copies to:   counsel of record